## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.:510-2018-05450

AMIN ELTAYEB,

      Plaintiff,

vs.

404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE,

      Defendant

_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, AMIN ELTAYEB, (hereinafter referred to as Plaintiff) brings this action against Defendant, 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE (hereinafter referred to as Defendant) pursuant to the violations of the Title VII Civil Rights Act of 1964 as amended and alleges as follows:

1.     Jurisdiction is conferred on this Court by 28 U.S.C. 1331.

2.     Plaintiff alleges employer violations of Title VII of the Civil Rights of 1964, as codified 42 U.S.C. section 2000E to 2000E-17 specifically pertaining to rights of Plaintiff AMIN ELTAYEB as heretofore stated.

3.     At all times material hereto, Plaintiff AMIN ELTAYEB was and is a resident of Florida an employee of Defendant as defined by the Statutes referenced herein and otherwise *sui juris*

2

4.      At all times  material  hereto, Defendant, 404 SB, LLC aka/dba LOBSTER BAR

SEA GRILLE, was a Florida Limited Liability Company  with its principal place of business in

South Florida, engaged in commerce in the field of hospitality, at all times material hereto was the

"employer" of Plaintiff as that term is defined under statutes referenced herein, and is subject to the

jurisdiction and venue of this court and may be served with Summons and Process upon the

Registered Agent, Corporate Services company, 1201 Hays Street, Tallahassee, FL 32301 and

otherwise *sui juris*.

5.      At all times Defendant, 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE by

and  through  its  agents/employees  are  legally  responsible  for  the  actions/conduct  of  its

agents/employees in accordance with the legal theory of respondent superior.

6.      That Defendant, 404 SB, LLC aka/dba LOBSTER SEA GRILLE by and through its

agents/employees are responsible for the actions/conduct of its agents/employees the legal theory of

vicarious liability.

7.      Plaintiff AMIN ELTAYEB timely filed an EEOC complaint on July 19, 2018

stating charges of Tittle VII of Civil Rights Act of 1964, as codified 42 U.S.C. section 2000E to

2000E-17 specifically pertaining to rights of Plaintiff AMIN ELTAYEB as heretofore stated within.

8.      The acts complained of by Defendant 404 SB, LLC aka/dba LOBSTER BAR SEA

GRILLE were actions against Plaintiff, AMIN ELTAYEB by employees/agents of Defendant, 404

SB, LLC aka/dba LOBSTER BAR SEA GRILLE "Allan Schumann" and "Nicolas Orr".

## STATEMENT OF CLAIMS

9.      Plaintiff AMIN ELTAYEB is African American Male.  He was discriminated

against by his employer the Defendant 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE by two Caucasian managers specifically "Alan Schumann" and "Nicholas Orr". The derogatory comments made by managers "Alan Schumann" and "Nicholas Orr" include "stupid monkey", work faster you're black" and "stupid fag". Plaintiff, AMIN ELTAYEB was told to clean the floors and was called a peasant while he was cleaning the floors. On or about March 9, 2018 Plaintiff, AMIN ELTAYEB confronted manager Nicolas Orr about his discriminatory treatment and in response manager Nicolas Orr wrote up a complaint against Plaintiff, AMIN ELTAYEB in an effort to subjugate Plaintiff AMIN ELTAYEB's complaint of unrelentless racism, discrimination and hostile work environment. On or about July 8, 2018 Plaintiff, AMIN ELTAYEB submitted a complaint to Human Resources regarding the unbearable condition of employment. On the same day as the submission as the complaint Plaintiff, AMIN ELTAYEB was terminated by Alan Schumann accused of: "wasting products". The basis of the termination is completely false and further discriminatory towards the Plaintiff, AMIN ELTAYEB. The Plaintiff AMIN ELTAYEB was shown video surveillance footage relied upon by the Defendant 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE, however, the video surveillance did not portray the Plaintiff, AMIN ELTAYEB committing the act that he was accused of. Further supporting the claimant of retaliatory discharge and discrimination, a co-employee Namanja Zgonjanin (Caucasian) was accused of a similar offense, however, he was not discharged. The discriminatory acts complained of took place on a continuum throughout Plaintiff AMIN ELTAYEB's employment culminating in termination of Plaintiff AMIN ELTAYEB on or about July 8, 2018.

## EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

10.     Defendant 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE terminated my employment on or about July 8, 2018.

11.     Plaintiff, AMIN ELTAYEB filed a charge of discrimination with EEOC on or about July 8, 2018 a copy of which is hereto for attached as Plaintiff's Exhibit No. 1

12.     Plaintiff, AMIN ELTAYEB filed an amended charge with the EEOC jointly with the FEPA(FCHR/MDCCHR) on August 24, 2018. A copy of which is hereto for attached as Plaintiff Exhibit No. 2.

13.     U. S. Equal Opportunity Commission filed its dismissal and notice of suit rights on or about November 29, 2019.  A copy of which is hereto for attached as Plaintiff Exhibit No. 3.

14.     Plaintiff's AMIN ELTAYEB timely filed his Complaint against Defendant, 404 SB, LLC ak/dba LOBSTER BAR SEA GRILLE on or before the end of 90-day period as stated in Plaintiff's AMIN ELTAYEB Exhibit No. 1 and 2.  Dismissal And Notice Of Rights issued by US Equal Employment Opportunity Commission dated November 29, 2019.

15.     All conditions precedent have been complied with satisfied and have been exhausted.

## RELIEF SOUGHT

16.     Plaintiff, AMIN ELTAYEB seeks actual damages. As a direct result of Plaintiff, AMIN ELTAYEB wrongful termination, he was out of work for approximately four (4) months during said time he collected approximately $3,300.00 in unemployment benefits.  Plaintiff, AMIN ELTAYEB earned approximately $550.00 per week in wages and gratuities.  Claim is for actual damages is in the approximate amount of $6,000.00.

17.     Plaintiff, AMIN ELTAYEB claims compensatory damages for the pain and

suffering of the discrimination, harassment, hostile work environment, humiliation, stress, pressure and depression created by the intentional actions from Defendant Lobster Bar Sea Grille through its managers.

18.     Plaintiff, AMIN ELTAYEB seeks punitive and / or exemplary damages to be paid by the Defendant, 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE to punish the Defendant, 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE for outrageous conduct to reform or deter the Defendant, 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE and others from engaging in similar conduct similar to that as suffered by the Plaintiff, AMIN ELTAYEB outlined in Plaintiff AMIN ELTAYEB complaint.

**WHEREFORE,** Plaintiff, AMIN ELTAYEB, demands judgment against the Defendant, 404 SB, LLC aka/dba LOBSTER BAR SEA GRILLE for actual compensatory damages, exemplary and punitive damages together with lawful attorney fees and costs, and a trial of all issues triable as a matter of right by a jury.

Dated this 24 day of February, 2020.

Respectfully submitted,

**PAUL E. SUSS, P.A.**
4491 S. State Road 7, Suite 314
Davie, FL 33314
Telephone: (305) 935-7200
Facsimile:  (305) 935-7201

By: _____

**PAUL E. SUSS**
Florida Bar No. 796212